IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LUIS FELIPE MORENO-GODOY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 2:10-CV-2826-RBP-TMP |
| ) | |
| JOHN T. RATHMAN, ) | |
| ) | |
| Respondent. ) | |

O R D E R

On July 26, 2011, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be dismissed.  No objections have been filed by either party.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED.  Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241 in the above-styled cause is due to be and the same is hereby DISMISSED.  It is further ORDERED that the petitioner's motion to expand the record is DENIED as MOOT.

DONE and ORDERED this the 22nd day of August, 2011.

_____
ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE